## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Byron Smith,<br><br>                    Plaintiff,<br><br>          v.<br><br>Alamo Drafthouse Cinemas, LLC,<br><br>                    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No: 1:20-cv-00609-LY |

## **APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Byron Smith.

Dated: January 18, 2021

                                                       **BARSHAY SANDERS, PLLC**

                                                       By:     /s *Craig B. Sanders*
                                                       Craig B. Sanders, Esq.
                                                       100 Garden City Plaza, Suite 500
                                                       Garden City, New York 11530
                                                       Email: csanders@barshaysanders.com
                                                       Tel: (516) 203-7600
                                                       Fax: (516) 282-7878
                                                       Our File No: 121502
                                                       *Attorneys for Plaintiff*